

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Franklin L. Martin a/k/a Frank L. Martin, and a/k/a Frank Martin, Appellant | Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 2013-1135-A). Memorandum Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating. |
| No. 06-18-00026-CV          v. | |
| Southside Bank, Appellee | |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we reverse the trial court's summary judgment with respect to Martin's wrongful foreclosure claim on the second loan and remand this matter to the trial court for further proceedings. In all other respects, the trial court's judgment is affirmed.

We further order that the appellant and appellee shall each pay one half of all costs of appeal.

RENDERED SEPTEMBER 12, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk